IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TATONIA BARNES,      )  | |
|    Plaintiff,      ) | |
|      ) | |
| v.      ) | CIVIL ACTION 1:22-00149-KD-MU |
|      ) | |
| ALABAMA DEPARTMENT OF      ) | |
| CORRECTIONS, *et al.,*      ) | |
|    Defendants.      ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated February 13, 2023 (Doc. 14) is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **27th** day of **March 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**