**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **TATONIA BARNES,** )  | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | **CIVIL ACTION 1:22-00149-KD-MU** |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS,** *et al.,* ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **27th** day of **March 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**